UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  **CV 23-9297-MWF(MRWx)**                              Date:  December 05, 2023

Title   **Morteza Azizpur v. AAA Life Insurance Company**

Present: The Honorable:   MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that the Complaint was filed on November 3, 2023.  (Docket No. 1).  On November 16, 2023, Plaintiff filed a Proof of Service of the Summons and Complaint on Defendant AAA Life Insurance Company.  (POS, Docket No. 9).  Pursuant to that Proof of Service, Defendant's response to the Complaint was due on November 30, 2023.

The Court **ORDERS** Plaintiff to show cause why this action should not be dismissed for lack of prosecution.  In response to this Order to Show Cause, the Court will accept the following no later than **DECEMBER 18, 2023**.

- BY DEFENDANT:  RESPONSE TO THE COMPLAINT.  The parties may also file an appropriate stipulation to extend the time within which Defendant must respond to the Complaint.

    OR

- BY PLAINTIFF:  APPLICATION FOR CLERK TO ENTER DEFAULT.

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 23-9297-MWF(MRWx)**                                  Date:  December 05, 2023

Title           **Morteza Azizpur v. AAA Life Insurance Company**

respond to the Order to Show Cause by **DECEMBER 18, 2023** will result in the dismissal of this action.

　　　IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　　　　Initials of Preparer:  RS/sjm