JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MORTEZA AZIZPUR,

        Plaintiff,

    v.

AAA LIFE INSURANCE COMPANY,

        Defendant.

No. 2:23-cv-9297 MWF (DSRx)

**JUDGMENT**

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is hereby **DISMISSED WITH PREJUDICE**.

DATED: June 24, 2026

_____
MICHAEL W. FITZGERALD
United States District Judge